IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00929-RPM

ONEIL WRIGHT,

    Plaintiff,

v.

ROSBRO CORPORATION, d/b/a Grease Monkey of Greeley,

    Defendant.

---

**DEFENDANT ROSBRO CORPORATION'S DISCLOSURE STATEMENT**

---

Defendant, Rosbro Corporation ("Rosbro" or "Defendant"), pursuant to FED. R. CIV. P. 7.1, submits the following Disclosure Statement:

1.     Rosbro does not have a parent corporation.

2.     No public corporation owns 10% or more of Rosbro's stock.

**DATED** this 3rd day of October, 2013.

                                      Respectfully submitted,

                                      HUTCHINSON BLACK AND COOK, LLC

                                      By:   s/John B. Greer
                                            John B. Greer, No. 15024
                                            921 Walnut Street, Suite 200
                                            Boulder, CO 80302
                                            303-442-6514
                                            ATTORNEYS FOR ROSBRO CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of October, 2013, service of the foregoing **DEFENDANT ROSBRO CORPORATION'S DISCLOSURE STATEMENT** was effected by electronic transmission to the e-mail address set forth below:

Rebecca Houlding
LAW OFFICES OF JOSHUA FRIEDMAN, P.C.
1050 Seven Oaks Lane
Mamaroneck, NY 10549
rebecca@joshuafriedmanesq.com
*Attorneys for Plaintiff*

                                            s/Lori L. Burhorn
                                            Hutchinson Black and Cook, LLC
                                            921 Walnut Street, Suite 200
                                            Boulder, CO 80302
                                            Phone: (303) 442-6514
                                            Fax: (303) 442-6593