IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00929-RPM

ONEIL WRIGHT,

      Plaintiff,

v.

ROSBRO CORPORATION, d/b/a Grease Monkey of Greeley,

      Defendant.

---

**STIPULATION OF DISMISSAL *WITH PREJUDICE***
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

---

Plaintiff, Oneil Wright, and Defendant, Rosbro Corporation, through their respective undersigned attorneys, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of the above-captioned action with prejudice, each party to pay his or its own costs and attorney's fees.

RESPECTFULLY SUBMITTED this 17th day of June, 2014.


  *s/Rebecca Houlding*                           *s/John B. Greer*                     
Rebecca Houlding                              John B. Greer
Law Offices of Joshua Friedman, P.C.          Hutchinson Black and Cook, LLC
1050 Seven Oaks Lane                      921 Walnut Street, Suite 200
Mamaroneck, NY 10543                   Boulder, CO 80302
212.308.4338 x 5                            303.442.6514
Attorney for Plaintiff                     Attorney for Defendant