THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 13-cv-00929-RPM

ONEIL WRIGHT,

    Plaintiff,

v.

ROSBRO COPORATION, d/b/a Grease Monkey of Greeley,

    Defendant.

_____

ORDER OF DISMISSAL
_____

    Pursuant to the Stipulation of Dismissal with Prejudice [16] filed June 17, 2014, it is

    ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney's fees.

    Dated:   June 18th, 2014

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge